UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
JAYVON KEITT,                                               :
:
                       Petitioner,    :
:         22-CV-9954 (VSB)
         -against-                                       :
:         **ORDER TO ANSWER, 28 U.S.C. §**
UNITED STATES OF AMERICA,                                   :         **2241**
:
                       Respondent.   :
:
----------------------------------------------------------X

**VERNON S. BRODERICK**, United States District Judge:

       The Court, having examined the petition in this action, which Petitioner filed pursuant to 28 U.S.C. § 2241, hereby ORDERS that:

       The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued.

       Within sixty days (60) of the date of this order, the U.S. Attorney's Office shall file an answer or other pleadings in response to the petition. Petitioner may file reply papers, if any, within thirty days (30) from the date Petitioner is served with Respondent's answer.

SO ORDERED.

Dated:    December 28, 2022
           New York, New York

                                                             *(signature)*
                                                VERNON S. BRODERICK
                                                United States District Judge