```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JAYVON KEITT,                                               :
                                                            :
                                 Petitioner,                :
                                                            :       22-CV-9954 (VSB)
              - against -                                   :
                                                            :              ORDER
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :
                                 Respondent.                :
                                                            :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

On February 27, 2023, Respondent the United States of America (the "Government") opposed Petitioner Jayvon Keitt's ("Petitioner") petition for habeas corpus. (Docs. 11–12.) I granted Petitioner 45 days to file a reply and directed that Government's opposition papers be mailed to him. (Doc. 14.) Petitioner has filed no reply. However, it appears that papers were sent to "FCI Schuylkill P.O. Box 759 Minersville, NY 17954-0759." FCI Schuylkill is located in Pennsylvania, so it is unclear if these papers reached Petitioner. Accordingly, given Petitioner's incarcerated pro se status, papers will be remailed and he will be given a further opportunity to reply. Plaintiff shall have 45 days from the service of the Government's papers to file any reply.

Also pending in this action is Petitioner's application for the appointment of pro bono counsel. (Doc. 10.) I indicated that this motion could not be considered until Petitioner replied to the Government's opposition. (Doc. 14.) In the continued absence of any reply, it remains difficult to evaluate the merits of this request. Accordingly, in the interests of administrative efficiency, this motion will be administratively closed and re-opened upon the receipt of

Petitioner's reply or, if no reply is received, considered in the context of any decision on Petitioner's habeas corpus petition.

      The Clerk of Court is respectfully directed to mail a copy of this Order, my prior order at Doc. 14, and of Respondent's filings at Docs. 11 and 12 to Petitioner at FCI Schuylkill, P.O. Box 759 Minersville, PA 17954.

      The Clerk of Court is further respectfully directed to close the pending motion at Doc. 10.

SO ORDERED.

Dated: August 28, 2023
      New York, New York

Vernon S. Broderick
United States District Judge