UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JAYVON KEITT,

                Petitioner,

      - against -

UNITED STATES OF AMERICA,

                Respondent.
------------------------------------------------------------------------X

22 Civ. 9954 (VSB) (GS)

ORDER

**GARY STEIN, United States Magistrate Judge:**

      Before the Court is Jayvon Keitt's ("Keitt") *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Dkt. No. 1 ("Petition" or "Pet.")). Keitt seeks an Order directing the Federal Bureau of Prisons ("BOP") to apply earned time credits to his sentence under the First Step Act, 18 U.S.C. § 3632(d)(4). When his Petition was filed, Keitt was incarcerated at FCI Schuylkill. (Pet. at 1). Since then, Keitt was released from BOP custody, placed on supervised release, and then, on October 28, 2024, arrested for violating the terms of his supervised release. (*United States v. Keitt*, 20 Cr. 66, Dkt. No. 69). Keitt admitted to certain violations (*id.* at Dkt. Entry dated Nov. 12, 2024) and, on December 9, 2024, was sentenced to time served by the Honorable Analisa Torres. (*Id.* at Dkt. Entry dated Dec. 9, 2024).

      The Judgment entered in connection with the revocation of Keitt's supervised release does not indicate that a further term of supervised release was imposed. (*Id.* at Dkt. No. 74). This suggests that Keitt is no longer on supervised release. *See*

18 U.S.C. § 3583(h) ("When a term of supervised release is revoked and the defendant is required to serve a term of imprisonment, the court may include a requirement that the defendant be placed on a term of supervised release after imprisonment."). Accordingly, the Court hereby directs both parties to submit letters by no later than **April 9, 2025**, informing the Court as to whether the pending Petition is now moot as the docket indicates that Keitt is no longer incarcerated nor subject to supervised release.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Keitt at the address on the docket as well as to 380 Cozine Ave., Apt 3F, Brooklyn, New York 11207.

**SO ORDERED.**

DATED:   New York, New York
         March 12, 2025

_____
The Honorable Gary Stein
United States Magistrate Judge