**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JAYVON KEITT,

                Petitioner,

-against-                           22 **CIVIL** 9954 (VSB)(GS)

                                     **JUDGMENT**

UNITED STATES OF AMERICA,

                Respondent.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated April 17, 2025, the Petition is hereby DISMISSED. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962); accordingly, the case is closed.

**Dated:** New York, New York

       April 17, 2025

                                                    **TAMMI M HELLWIG**
                                                      **Clerk of Court**

                          **BY:**          *K. Mango*

                                                       **Deputy Clerk**